# MEMORANDUM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/09/2012

TO:   **HONORABLE BARBARA S. JONES**
      U.S. District Judge

FROM: **ARTHUR PENNY, CHIEF**
      Pretrial Services Officer

RE: <u>AKEL, Philip</u>
DOCKET #: <u>09-CR-659</u>

The attached memorandum was prepared by Pretrial Services Officer
Jason G. Lerman                                    (212) 805-4109 (office)
                                                   (347) 219-9644 (cell)
_____
          Name                                        Phone Number
will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _____ on _____ at _____ .
                                  Date                Time

[ ]   So ordered: _/s/ Barbara S. Jones_____

[ ]   I request that a Bail Review Hearing be conducted by:

      [ ]   The presiding Magistrate Judge in courtroom # 5A.

      [ ]   The District Court Judge presiding in Part I.

      [ ]   _____
            Judicial Officer
at his/her earliest convenience.

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you. Thank you, Arthur Penny, Chief U.S. Pretrial Services Officer.

_____
_____
_____