


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2014

**By ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Philip Akel, 09 Cr. 659 (LAP)

Dear Judge Preska:

      The Government writes to respectfully request that the Court set a sentencing date in the above-captioned matter. The defendant's sentencing had been adjourned by Judge Jones for the duration of the defendant's cooperation. As the defendant's cooperation is now complete, further delay is not necessary and he may be sentenced.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney
      Southern District of New York

By:\_\_\_\_\_/s/_____
      Katherine R. Goldstein
      Assistant United States Attorney
      212-637-2262

cc: defense counsel (by ECF)